# United States District Court
## District of Connecticut

Torony
*Plaintiff*

v.                                    Case No. 3-01-cv-1352 WWE

Pharmacia
*Defendant*

FILED 2004 FEB 26 A 9: 44

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

\_\_\_\_ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**X** A settlement conference (orefmisc./cnf.)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf.)

\_\_\_\_ Other: (orefmisc./misc)

SO ORDERED this __25th__ day of __Feburary__, __2004__ at Bridgeport, Connecticut.

Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE