Held
2-25-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

February 25, 2004

9:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO.   3:02-cv-1720 **Ramatowski v. Pharmacia**
           3:01-cv-1352 **Torony v. Pharmacia**
           3:02-cv-1892 **Giamminonni v. Pharmacia**

Margaret M. Doherty
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702


Timothy W. Donahue
Delaney, Zemetis, Donahue, Durham & Noon
111 S. Main St., PO Box 747
Wallingford, CT 06492


Robert Nastri Jr.
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702

Margaret M. Doherty
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702

Timothy W. Donahue
Delaney, Zemetis, Donahue, Durham & Noon
111 S. Main St., PO Box 747
Wallingford, CT 06492


Brock Thomas Dubin
Delaney, Zemetis, Donahue, Durham & Noon
Concept Park
741 Boston Post Rd.
Guilford, CT 06437


Robert Nastri Jr.
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702


William H. Pickett
600 Griffith Bldg.
405 E. Thirteenth St.
Kansas City, MO 64106


Stephen E. Pliakas
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702


Stephen E. Scheve 
Shook, Hardy & Bacon
JP Morgan/Chase Tower
600 Travis Street
Suite 1600
Houston, TX 77002

Andrew See 
Shook, Hardy & Bacon-MO
2555 Grand Blvd.
Kansas City, MO 64108-2613


Margaret M. Doherty

Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702


Timothy W. Donahue
Delaney, Zemetis, Donahue, Durham & Noon
111 S. Main St., PO Box 747
Wallingford, CT 06492


Robert Nastri Jr.
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702


William H. Pickett
600 Griffith Bldg.
405 E. Thirteenth St.
Kansas City, MO 64106


Stephen E. Scheve
Shook, Hardy & Bacon
JP Morgan/Chase Tower
600 Travis Street
Suite 1600
Houston, TX 77002

Andrew See
Shook, Hardy & Bacon-MO
2555 Grand Blvd.
Kansas City, MO 64108-2613


                                              BY ORDER OF THE COURT
                                              KEVIN F. ROWE, CLERK