```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT
```

RYAN TORONY

V.                              Case Number:  3:01cv1352 WWE

PHARMACIA CORP

```
                          NOTICE  TO  COUNSEL
                          --------------------
```

The above-entitled case was reported to the Court on <u>March 24, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 23, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, April 12, 2005.


```
                          KEVIN F. ROWE, CLERK

                     By: __/s/_____
                           Diane Kolesnikoff
                           Deputy Clerk
```