UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 APR 20 P 2: 15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

RYAN TORONY, PPA, LYNN TORONY, and JAMES TORONY,
       Plaintiffs

v.

PHARMACIA CORP., PHARMACIA & UPJOHN CO., and THE UPJOHN CO.,
       Defendants.

: CIVIL ACTION NO.:301 CV 01352 (WWE)
:
:
:
:
:
:
:
:
: APRIL 18, 2005

## CONSENTED TO REQUEST FOR EXTENSION OF TIME TO FILE CLOSING PAPERS

The plaintiff hereby respectfully requests a thirty (30) day extension of time to file the closing papers and the voluntary dismissal in connection with the settlement of the above captioned matter, which was reported to the court on March 24, 2005. The plaintiff seeks an extension of time up to and including June 22, 2005. By notice dated April 12, 2005, the court sent notice to all counsel that an order of dismissal would enter unless closing papers are filed on or before May 23, 2005.

The plaintiff is requesting this extension of time because the settlement of the matter must be approved by the Probate Court for the Town of Southbury. The Southbury Probate Court must schedule and conduct hearings to approve the appointment of a guardian over the estate of the minor plaintiff, Ryan Torony, and to approve the settlement and compromise of the minor's doubtful and disputed claim before the settlement can be effectuated and the funds properly be disbursed. Undersigned counsel has conferred with counsel for the defendants, Timothy W. Donahue, Esq., who consents to this request for extension of time.

1

THE PLAINTIFFS,

BY: _____
Stephen E. Pliakas
Federal Bar No. ct 20182
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, Second Floor
Waterbury, CT 06702
Tel. No. (203) 596-9030
Fax No. (203) 596-9036
Email: spliakas@tnrdlaw.com

## **CERTIFICATION**

     THIS IS TO CERTIFY THAT a copy of the foregoing was mailed, postage prepaid, on this 18th day of April, 2005, to:

Timothy W. Donahue, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 006437-2714
tdonahue@ddnctlaw.com

William H. Pickett, Esq.
600 Griffith Building
405 East Thirteenth Street
Kansas City, Missouri 64106

Stephen E. Scheve
Shook, Hardy & Bacon
JP Morgan/Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002

                                                              Stephen E. Pliakas

I:\CLIENTS\torony.ryan\Pleadings\motion.extendtime.settle.papers.041805.wpd