## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| RYAN TORONY, PPA, LYNN TORONY, and JAMES TORONY,<br>Plaintiffs<br>v.<br>PHARMACIA CORP., PHARMACIA & UPJOHN CO., and THE UPJOHN CO.,<br>Defendants. | : CIVIL ACTION NO.:301 CV 01352 (WWE)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JUNE 21, 2005 |

### CONSENTED TO REQUEST FOR SECOND EXTENSION OF TIME TO FILE CLOSING PAPERS

The plaintiff hereby respectfully requests a second extension of time for an additional fifteen (15) days to file the closing papers and the voluntary dismissal in connection with the settlement of the above captioned matter, which was reported to the court on March 24, 2005. By notice dated April 12, 2005, the court sent notice to all counsel that an order of dismissal would enter unless closing papers were filed on or before May 23, 2005. The plaintiff previously sought and obtained an extension of time up to June 22, 2005 in order to obtain approval from the probate court. The plaintiff now seeks a second extension of time up to and including July 6, 2005 in order for the disbursement of the settlement proceeds to occur.

The Southbury Probate Court has approved the appointment of a guardian over the estate of the minor plaintiff, Ryan Torony, and it has also approved the settlement and compromise of the minor's doubtful and disputed claim. At this point, however, the settlement funds are yet to be disbursed. The parties expect the funds will be disbursed sometime within the next several days. Undersigned counsel has conferred with counsel for the defendants, Timothy W. Donahue, Esq., who consents to this second request for extension of time.

1

THE PLAINTIFFS,

BY: _____
Stephen E. Pliakas
Federal Bar No. ct 20182
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, Second Floor
Waterbury, CT 06702
Tel. No. (203) 596-9030
Fax No. (203) 596-9036
Email: spliakas@tnrdlaw.com

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed, postage prepaid, on this 21st day of June 21, 2005, to:

Timothy W. Donahue, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 006437-2714
tdonahue@ddnctlaw.com

William H. Pickett, Esq.
600 Griffith Building
405 East Thirteenth Street
Kansas City, Missouri 64106

Stephen E. Scheve
Shook, Hardy & Bacon
JP Morgan/Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002

_____
Stephen E. Pliakas

I:\CLIENTS\torony.ryan\Pleadings\motion.extendtime.settle.papers.062105.wpd

3