UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN TORONY, PPA, LYNN TORONY, and JAMES TORONY,<br>           Plaintiffs<br>vs.<br><br>PHARMACIA CORP., PHARMACIA & UPJOHN CO., and THE UPJOHN CO.,<br>           Defendants. | CIVIL ACTION NO.:301 CV 01352 (WWE)<br><br><br><br><br><br>JULY 5, 2005 |

### STIPULATION OF DISMISSAL

In connection with the resolution of the above captioned matter, which resolution and settlement has been approved by the Probate Court for the Town of Southbury as to the minor plaintiff, Ryan Torony, the plaintiffs and the defendants, by and through their respective attorneys of record, stipulate and agree that the above captioned case is hereby dismissed in its entirety with prejudice, including all claims asserted in this matter, with each party to bear its, his and/or her own costs and attorneys' fees.

| THE PLAINTIFFS | THE DEFENDANTS |
|---|---|
| BY: _____<br>Stephen E. Pliakas (ct 20182)<br>Tinley, Nastri, Renehan & Dost, LLP<br>60 North Main Street, Second Floor<br>Waterbury, CT 06702<br>Tel No. (203) 596-9030<br>spliakas@tnrdlaw.com<br>Fax No. (203) 596-9036 | BY: _____<br>Timothy W. Donahue (ct04339)<br>Delaney, Zemetis, Donahue, Durham & Noonan, P.C.<br>741 Boston Post Road<br>Guilford, CT 006437-2714<br>Tel. No. (203) 458-9168<br>tdonahue@ddnctlaw.com<br>Fax No. (203) 458-4424 |

1

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed, postage prepaid, on this day 7th of July, 2005, to:

Robert Nastri, Jr., Esq.
Stephen E. Pliakas, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, Second Floor
Waterbury, Connecticut 06702

Andrew See, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613

William H. Pickett, Esq.
600 Griffith Building
405 East Thirteenth Street
Kansas City, Missouri 64106

Stephen E. Scheve, Esq.
Shook, Hardy & Bacon
JP Morgan/Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002

_____
Timothy W. Donahue, Esq.